**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Donald Jay Kurtz & Julie Ann Kurtz<br>Debtor(s) | BK NO. 17-01796 HWV<br><br>Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                                        Respectfully submitted,

                                       **/s/James C. Warmbrodt, Esquire**
                                       James C. Warmbrodt, Esquire
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA  19106
                                       412-430-3594