UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DONALD JAY KURTZ and JULIE ANN KURTZ<br>　　Debtor(s) | : CHAPTER 13<br>:<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE | :<br>:<br>: |
| vs. | :<br>: |
| DONALD JAY KURTZ and JULIE ANN KURTZ<br>　　Respondent(s) | :<br>:<br>: CASE NO. 1-17-bk-01796 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this  24th  day of July, 2017, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about June 28, 2017 be withdrawn, as all issues have been resolved.

　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　/s/Charles J. DeHart, III
　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　(717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this  24th  day of July, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA   17011

　　　　　　　　　　　　　　/s/Deborah A. Behney
　　　　　　　　　　　　　　Office of Charles J. DeHart, III
　　　　　　　　　　　　　　Standing Chapter 13 Trustee3